IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 17–32–M–DWM–02 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| HELEN ACOSTA OLGUIN, | |
| Defendant. | |

Defendant Helen Acosta Olguin has entered a plea of guilty to Count I of the Indictment in this case. (Docs. 1, 28.) In addition to those conditions of supervision previously imposed,

IT IS ORDERED that Ms. Olguin shall participate in substance abuse testing to include not more than two (2) urinalysis tests per week, two (2) breathalyzer tests per week, and eight (8) sweat patch applications between today and Ms. Olguin's sentencing date of September 6, 2018.

DATED this 30th day of April, 2018.

Donald W. Molloy, District Judge
United States District Court